# IN THE SUPREME COURT OF TEXAS

No. 23-0092

## IN RE FORMOSA PLASTICS CORPORATION, USA AND FORMOSA PLASTICS CORPORATION, TEXAS

On Petition for Writ of Mandamus

**ORDERED:**

1. Relators' Emergency Request for Relief and Stay, filed February 6, 2023, is granted. The discovery order dated January 27, 2023, in Cause No. 114514-CV, styled *William Krumbach v. Coastal Bend Staffing, LLC, Formosa Plastics Corp., USA, and BNSF Railway Company*, in the 412th District Court of Brazoria County, Texas, is stayed pending further order of this Court.

2. The real parties in interest are requested to respond to relators' petition for writ of mandamus on or before **March 20, 2023**.

3. The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this Friday, February 17, 2023.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK